O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAVS USA, INC., | ) | Case No. CV 11-05574 DDP (JEMx) |
| Plaintiff, | ) ) | **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | ) ) | |
| SLEP-TONE ENTERTAINMENT CORPORATION d/b/a SOUND CHOICE, a North Carolina corporation, | ) ) ) ) | [Dkt. No. 52] |
| Defendant. | ) ) ) | |

Presently before the court is Plaintiff CAVS USA, inc. ("CAVS")'s Motion for Leave to File Second Amended Complaint. The proposed amendments to the Complaint appear to be based in substantial part on Exhibit D to the Declaration of Susan B. Meyer, which has been determined to be protected by attorney-client privilege. See Order RE Plaintiff's Ex Parte Application for Determination of Applicability of Privilege, February 11, 2013 (Dkt. No. 61). Plaintiffs have requested that Exhibit D be removed from the court's files. Request for Removal of Documents Filed . . . (Dkt. No. 76). The court finds that because one of documents

underlying the proposed amended complaint is privileged, such amendment is inappropriate.  The Motion is DENIED without prejudice.  Any amended complaint shall be filed within ten days of this order.

IT IS SO ORDERED.

Dated: March 6, 2013

                                          DEAN D. PREGERSON
                                          United States District Judge