O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAVS USA, INC., | ) | Case No. CV 11-05574 DDP (JEMx) |
| Plaintiff, | ) | **AMENDED ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | ) | |
| SLEP-TONE ENTERTAINMENT CORPORATION d/b/a SOUND CHOICE, a North Carolina corporation, | ) | [Dkt. No. 52] |
| Defendant. | ) | |

Presently before the court is Plaintiff CAVS USA, Inc. ("CAVS")'s Motion for Leave to File Second Amended Complaint. The proposed amendments to the Complaint appear to be based at least in part on Exhibit D to the Declaration of Susan B. Meyer, which has been determined to be protected by attorney-client privilege. (Order RE Plaintiff's Ex Parte Application for Determination of Applicability of Privilege, February 11, 2013 (Dkt. No. 61).) Plaintiffs have requested that Exhibit D be removed from the court's files. (Request for Removal of Documents Filed . . . (Dkt. No. 76).) Because the proposed Second Amended Complaint

depends on a document that is privileged, the court finds that it is inappropriate for filing. The Motion is DENIED without prejudice.

IT IS SO ORDERED.

Dated: March 12, 2013

DEAN D. PREGERSON
United States District Judge

2